JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL R. SPENGLER, | ) | Case No. 2:22-cv-01720-DOC (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| FREDERICK D. WILLIAMS, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: <u>March 27, 2024</u>

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE